RENEE BELCASTRO, SBN 270492
MICHAEL M. BAKER, SBN 273232
MICHAEL J. KRAHENBUHL, SBN 271021
PITE DUNCAN, LLP
4375 JUTLAND DRIVE, SUITE 200
SAN DIEGO, CA 92177-0935
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385

JS-6

Attorneys for Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – EASTERN  DIVISION (RIVERSIDE)

| | |
|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION,<br><br>    Plaintiff,<br><br>    v.<br><br>DENNIS TKALEC, CYNTHIA TKALEC,<br><br>    Defendants. | Case No.   5:12-CV-00235-R-DTB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO REMAND** |

Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION ("Plaintiff")'s Motion to Remand, came on regularly for hearing by this Court on March 12, 2012. Valerie Hanna appeared on behalf of Plaintiff.   Defendants DENNIS TKALEC, CYNTHIA TKALEC ("Defendants') appeared in pro per. Having read and considered Plaintiff's motion requesting an order remanding Case No. 5:12-CV-00235-R-DTB to the Riverside County Superior Court, and good cause appearing therefore,

IT IS ORDERED THAT:

1. Plaintiff's Motion to Remand is granted.

2. This case is hereby remanded to the Riverside County Superior Court and the Federal Matter 5:12-CV-00235-R-DTB is closed.

3.  It is further ordered that the Defendants are barred from again removing the case to district court, and Defendants will be in contempt of Court if Defendants again remove this case.

4.  It is further ordered that the Defendants are required to pay Plaintiff $450 for attorney fees and cost associated with this remand.

Dated: May 18, 2012

_____

Honorable   Judge   of   the   District   Court

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28